No. 79–1514. BALTIMORE REBUILDERS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–1523. TRANSCONTINENTAL GAS PIPE LINE CORP. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 79–1542. ANDRULIS ET AL. v. UNITED STATES ET AL; and

No. 79–1543. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. v. CIVILETTI, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 197 U. S. App. D. C. 259, 609 F. 2d 514.

No. 79–1547. SHAUFLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1548. HAYES ET AL. v. ROGERS. Sup. Ct. Fla. Certiorari denied.

No. 79–1550. LANE PROCESSING, INC. v. MARSHALL, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied.

No. 79–1551. SIX NATIONS CONFEDERACY v. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–1561. CARPENTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1575. DeMILIA ET AL. v. NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 79–1577. HEILMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.